IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

JUAN R. ECHEGARAY,

    Plaintiff,

v.                                    Civil Action No. 5:11-cv-00654
                                      Honorable Irene C. Berger

DYNAMIC ENERGY, INC. and
BLUESTONE INDUSTRIES, INC.,

    Defendants.

## AGREED DISMISSAL ORDER

THIS DAY CAME the parties by their respective counsel and jointly announced to the Court that all matters in controversy and claims by and between the Plaintiff, Juan R. Echegaray and the Defendants, Dynamic Energy, Inc. and Bluestone Industries, Inc., have been fully resolved and settled. Thereupon, the parties jointly moved this Honorable Court to dismiss, with prejudice, all claims asserted by the Plaintiff against the Defendants.

The Court being advised of the settlement and compromise of all claims by and between the Plaintiff, Juan R. Echegaray and the Defendants, Dynamic Energy, Inc. and Bluestone Industries, Inc., does hereby ORDER, ADJUDGE and DECREE that the claims by and between the Plaintiff and the Defendants are DISMISSED with prejudice.

All claims of the Plaintiff having been settled, compromised, and dismissed, this matter is hereby retired from the docket of this Court.

The Clerk is directed to send a certified copy of this order to all counsel of record.

It is so ORDERED this __4th__ day of __November__, 2011.

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

Prepared by:

/s/ Bradley J. Schmalzer
Kurt E. Entsminger (WVSB # 1130)
Nathaniel K. Tawney (WVSB # 8768)
Bradley J. Schmalzer (WVSB # 11144)
Flaherty Sensabaugh Bonasso PLLC
Post Office Box 3843
200 Capitol Street
Charleston, West Virginia  25338
Counsel for Dynamic Energy, Inc. and
Bluestone Industries, Inc.


Agreed to by:

/s/ Matthew M. Hatfield
Matthew M. Hatfield, Esq.
Hatfield & Hatfield, PLLC
Post Office Box 598
Madison, West Virginia 25130-0598
*Counsel for Plaintiff*

and

Mark A. Atkinson, Esq.
John J. Polak, Esq.
Atkinson & Polak, PLLC
Post Office Box 549
Charleston, West Virginia 25322-0549
*Counsel for Plaintiff*